AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| JOSEPH BARRETT )<br>*Plaintiff* )<br>v. )<br>QUOTEWIZARD.COM, LLC )<br>*Defendant* ) | Case No.   1:20-cv-11209 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Joseph Barrett   .

Date:   06/30/2020

/s/ Edward A. Broderick
*Attorney's signature*

Edward A. Broderick, 566826
*Printed name and bar number*

176 Federal Street, Fifth Floor
Boston, MA 02110

*Address*

ted@broderick-law.com
*E-mail address*

(617) 738-7080
*Telephone number*

(617) 830-0326
*FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification to all attorneys of record.

                                            */s/ Edward A. Broderick*
                                              Edward A. Broderick