# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH BARRETT, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>Defendant. | Civil Action No. 1:20-cv-11209-LTS |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT QUOTEWIZARD.COM, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant QuoteWizard.com, LLC ("QuoteWizard") hereby files this statement identifying its parent company and any publicly held corporation that owns ten percent of its stock:

1.  QuoteWizard is a Delaware limited liability company with its principal place of business in Seattle, WA, and is a wholly-own subsidiary of LendingTree, LLC.

[*Signatures on Next Page*]

                Respectfully submitted,

                QuoteWizard.com, LLC,
                By its attorneys,

                */s/ Christine M. Kingston*
                Kevin P. Polansky (BBO #667229)
                Christine M. Kingston (BBO #682962)
                Nelson Mullins Riley & Scarborough LLP
                One Post Office Square, 30th Floor
                Boston, MA 02109
                (t) (617)-217-4700
                (f) (617) 217-4710
                kevin.polansky@nelsonmullins.com
Dated: July 1, 2020            christine.kingston@nelsonmullins.com

## CERTIFICATE OF SERVICE

I, Christine M. Kingston, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: July 1, 2020                */s/ Christine M. Kingston*