AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts ▼

| | |
|---|---|
| JOSEPH BARRETT ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| QUOTEWIZARD.COM, LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Joseph Barrett                                                                                              .

Date:   07/01/2020                                                             /s/ Matthew P. McCue
                                                                                                                      *Attorney's signature*

                                                                                        Matthew P. McCue 565319
                                                                                      *Printed name and bar number*
                                                                                 1 South Ave., Third Floor
                                                                                          Boston, MA 01760

                                                                                                             *Address*

                                                                         mmccue@massattorneys.net
                                                                                        *E-mail address*

                                                                                (508) 655-1415
                                                                                 *Telephone number*

                                                                                (508) 319-3077
                                                                                     *FAX number*