## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH BARRETT, *on behalf of themselves and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>Defendant. | Civil Action No. 1:20-cv-11209-LTS |

## DEFENDANT'S ASSENTED-TO MOTION FOR SECOND SEVEN-DAY EXTENSION OF ITS RESPONSIVE PLEADING DEADLINE

Defendant QuoteWizard.com, LLC ("QuoteWizard") hereby moves this Court to extend the time for QuoteWizard to file its responsive pleading to the Complaint filed by Plaintiff Joseph Barrett ("Plaintiff") by seven days, or until September 7, 2020.  Plaintiff, through his counsel, has assented to this Motion.  In support of this Motion, QuoteWizard states as follows:

1. Plaintiff filed this putative class action on June 23, 2020.  *See* ECF No. 1. QuoteWizard previously requested and received one seven-day extension to file its responsive pleading deadline, making its current deadline August 31, 2020.  *See* ECF Nos. 12-13.

2. The undersigned counsel seeks an additional seven days to file a responsive pleading on behalf of QuoteWizard, or up to and including September 7, 2020.  The reason for the request is that the undersigned counsel was without access to a computer for substantial parts of August 25 through 27, 2020 due to a computer malfunction.

3. Plaintiff has assented to QuoteWizard's second request for a seven-day extension of its responsive pleading deadline, by and through his counsel.

4. This request is made in good faith and is not interposed for the purpose of delay.

WHEREFORE, QuoteWizard respectfully requests that this Court grant its motion for a second extension of its responsive pleading deadline, and provide QuoteWizard up to and including September 7, 2020, to file its responsive pleading to Plaintiff's Complaint.

        Respectfully submitted,

        QuoteWizard.com, LLC
        By its attorneys,

        */s/ Christine M. Kingston*
        Kevin P. Polansky (BBO #667229)
        kevin.polansky@nelsonmullins.com
        Christine M. Kingston (BBO #682962)
        christine.kingston@nelsonmullins.com
        Nelson Mullins Riley & Scarborough LLP
        One Post Office Square, 30th Floor
        Boston, MA 02109
        (t) (617)-217-4700

Dated: August 27, 2020         (f) (617) 217-4710

## LOCAL RULE 7.1 CERTIFICATION

I, Christine M. Kingston, hereby certify that I contacted Plaintiff's counsel by electronic mail on August 27, 2020 to obtain Plaintiff's assent to this motion. Plaintiff's counsel assented to this motion on even date.

Dated: August 27, 2020         */s/ Christine M. Kingston*

## CERTIFICATE OF SERVICE

I, Christine M. Kingston, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: August 27, 2020         */s/ Christine M. Kingston*