UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH BARRETT, *on behalf of themselves and others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC,<br><br>Defendant. | Civil Action No. 1:20-cv-11209-LTS |

### DECLARATION OF TRICIA WINKLER IN SUPPORT OF DEFENDANT QUOTEWIZARD.COM, LLC'S MOTION TO DISMISS

I, Tricia Winkler, do hereby declare as follows:

1. I am over the age of 18, of sound mind, and able to make this Declaration.

2. Upon information and belief, the matters set forth in this Declaration are true and accurate based on my own personal knowledge and the business records kept by Defendant QuoteWizard.com, LLC ("QuoteWizard") in the ordinary course of business.

3. I submit this Declaration in support of QuoteWizard's Motion to Dismiss Plaintiff Joseph Barrett's ("Barrett") Complaint. I make this Declaration based on my personal knowledge of QuoteWizard's call center records and practices, and its electronic books and records relating to consent to call consumers, and based upon my review of those records. If called as a witness, I could and would testify competently to the matters stated herein.

4. I am employed by QuoteWizard as Vice President of Call Operations. I am familiar with and have personal knowledge of QuoteWizard's business practices and records discussed herein in my role as Vice President of Call Operations for QuoteWizard.

5. Based on my experience at QuoteWizard, I am familiar with QuoteWizard's practices for storing and maintaining information about contacts that QuoteWizard has had with consumers. This information typically includes the consumer's contact information (including name, telephone number, and address); the circumstances under which QuoteWizard obtained the consumer's contact information; information concerning QuoteWizard's consent to contact the consumer; information concerning how and when the consumer was contacted by QuoteWizard (where applicable); and any incoming calls from the consumer that would have generated a call-back. It is fundamental to QuoteWizard's business operations to have consent to contact a consumer before doing so. QuoteWizard stores and maintains these records, pursuant to its ordinary business practices, in various departments, including the call center.

6. I have reviewed the Complaint filed by Barrett and have reviewed QuoteWizard's business records to determine whether QuoteWizard contacted Barrett as alleged.

7. When QuoteWizard calls a consumer, the call records are stored in QuoteWizard's call center records by name, address, and telephone number.

8. QuoteWizard's records confirm that QuoteWizard purchased the rights to contact a person named "Archie Stenton" at (781) 315-XXXX. A person representing themselves as Archie Stenton with that phone number had requested to be contacted with respect to an auto insurance quote on http://auto.save-big-on-insurance.com/V2/.

9. After purchasing this lead with the right and consent to contact, QuoteWizard contacted "Archie Stenton" at (781) 315-XXXX. QuoteWizard was able to reach "Archie Stenton" at (781) 315-XXXX via a telephone call from a live agent working from QuoteWizard's call center on December 9, 2019 at approximately 4:04 p.m. PT. QuoteWizard's agent spoke to a person identifying themselves as "Archie Stenton" regarding their request for an auto insurance

quote. After the person confirmed the information they had entered in connection with the request for a quote, QuoteWizard attempted to transfer "Archie Stenton" to an agent of an insurer, Liberty Mutual, but was unable to do so. A true and accurate recording of this telephone call is attached hereto as Exhibit 1. QuoteWizard has come to learn that the person representing themselves to be "Archie Stenton" was actually Barrett, using Barrett's telephone number and other personal information.

10. QuoteWizard did not ask a person named Anna and/or a company/website named "Loweryourinsurancerates.com" to call "Archie Stenton," Barrett, or anyone else on December 9, 2019 at 4:30 p.m. or any other date or time, nor was QuoteWizard responsible for or otherwise aware of that call. The only time QuoteWizard spoke to "Archie Stenton" at (781) 315-XXXX was the aforementioned telephone call through a live agent working from QuoteWizard's call center, the recording of which is attached hereto.

11. QuoteWizard has no record of having any type of business relationship or contact with "Loweryourinsurancerates.com" or any of its representatives or agents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2 day of September, 2020, at Sacramento, California.

_____
Tricia Winkler
Vice President, Call Operations
QuoteWizard.com, LLC