UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH BARRETT, *on behalf of himself and others similarly situated*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 20-11209-LTS |
| QUOTEWIZARD.COM, LLC, | ) ) | |
| Defendant. | ) ) | |

ORDER ON DEFENDANT'S MOTION FOR EXPEDITED
PRODUCTION OR CONFIRMED PRESERVATION (DOC. NO. 29)
AND ORDER ON PLAINTIFF'S MOTION TO AMEND HIS COMPLAINT (DOC. NO. 33)

December 7, 2020

SOROKIN, J.

For the reasons stated in open court, the Court issues the following Orders.

I. QUOTEWIZARD'S MOTION FOR EXPEDITED PRODUCTION OR CONFIRMED PRESERVATION OF PLAINTIFF'S ELECTRONIC DATA FOR PERIOD OF CONSENT (DOC. NO. 29)

QuoteWizard.com's Motion for Expedited Production or Confirmed Preservation (Doc. No. 29) is ALLOWED IN PART and DENIED IN PART. The Motion is ALLOWED IN PART as follows. Barrett is hereby ORDERED to preserve all records of his browser, search, and e-mail history for December 2019 for any and all electronic devices he owns or uses until such time as it may become due in discovery. Nothing in this Order relieves Barrett of any other preservation obligations he may have. The Motion is DENIED in all other respects. QuoteWizard's Motion for Leave to File a Reply (Doc. No. 36) is ALLOWED.

II.     BARRETT'S MOTION TO AMEND HIS COMPLAINT (DOC. NO. 33)

Barrett's Motion to Amend His Complaint (Doc. No. 33) is ALLOWED without prejudice to Kumparison, LLC's right to raise any defenses or objections it deems appropriate.

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge