### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH BARRETT on behalf of themselves and others similarly situated, | : :  : |
| Plaintiff, | : Case No. 1:20-cv-11209 : |
| v. | : : |
| QUOTEWIZARD.COM, LLC | : : |
| Defendant. | : : |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and they intend to file a stipulation of dismissal within twenty-one days.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this 5th day of March, 2021 on all counsel of record via the Court's CM/ECF system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich